Kevin P. Rooney, Of Counsel, #107554
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, SERAFIN VILLAGOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SERAFIN VILLAGOMEZ,<br><br>    Defendant | Case No.: 1:22-CR-00197-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING PRETRIAL RELEASE CONDITIONS |

The parties to this action, by and through their respective counsel, hereby stipulate as follows:

1. Pursuant to the previous direction of the Court, and based on the agreement of the Pretrial Services Office, Mr. Villagomez' restriction is changed from home incarceration to a curfew pursuant to the following terms applicable to Mr. Villagomez.

2. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must

pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

3. CURFEW: You must remain inside your residence every day from 6:30 p.m. to 5:30 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

IT IS SO STIPULATED.

Dated: August 19, 2022                                  s/ Kevin P. Rooney
                                                KEVIN P. ROONEY
                                                Attorney for Serafin Villagomez

Dated: August 19, 2022                                  s/ Justin Gilio
                                                Justin Gilio
                                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. Mr. Serafin Villagomez' conditions of Pretrial Release are modified as stipulated above.

Dated: 8/19/2022                                        *Sheila K. Oberto*
                                                Hon. SHEILA K. OBERTO
                                                United States Magistrate Judge