Kevin P. Rooney, Of Counsel, #107554
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, SERAFIN VILLAGOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERAFIN VILLAGOMEZ,<br><br>Defendant | Case No.: 1:22-CR-00197-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING PRETRIAL RELEASE CONDITIONS |

The parties to this action, by and through their respective counsel, and with the agreement of the Pretrial Services Office, hereby stipulate as follows:

1,   Mr. Villagomez' curfew and location monitoring program requirement are eliminated. All other terms and conditions of Pretrial Release remain in effect.

IT IS SO STIPULATED.

Dated:  December 8, 2022           s/ Kevin P. Rooney
                                    KEVIN P. ROONEY
                                    Attorney for Serafin Villagomez

Dated:  December 8, 2022           s/ Justin Gilio
                                    Justin Gilio
                                    Assistant United States Attorney

1

**ORDER**

IT IS SO ORDERED. Mr. Serafin Villagomez' conditions of Pretrial Release are modified as stipulated above.

IT IS SO ORDERED.

Dated: __December 8, 2022__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE